No. 325. ROSENBERG ET AL. *v.* UNITED STATES; and

No. 326. WEISS ET AL. *v.* UNITED STATES. October 15, 1945. Petitions for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. James I. Cuff* for petitioners in No. 325, and *Mr. Harold St. L. O'Dougherty* for petitioners in No. 326. *Acting Solicitor*

General Judson, Mr. Robert S. Erdahl and Miss Beatrice Rosenberg for the United States. Reported below: 150 F. 2d 788.